IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

RECEIVED
NOV 20 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 1:12-cr-00255 |
| | ) | |
| v. | ) | Honorable Liam O'Grady |
| | ) | |
| CONCEPCION BENITEZ-PINEDA, et al., | ) | Trial Date: January 14, 2013 |
| | ) | |
| Defendants. | ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 14th day of January, 2013, then and there to testify on behalf of the United States:

150 Blank Subpoenas (75 Sets)

This 20th day of November, 2012.

Respectfully submitted,

NEIL H. MACBRIDE
United States Attorney

By: _____
SEAN P. TONOLLI
Assistant United States Attorney
SCOTT B. NUSSBUM
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3980
Email Address: sean.tonolli@usdoj.gov

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

e issued (TC)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia


RECEIVED NOV 20 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Concepcion Benitez-Pineda, et al. | ) | Case No. 1:12CR00255 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 700 |
|---|---|---|
| | | Date and Time: January 14, 2013 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 11/20/2012

CLERK OF COURT
*COPY*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ____the USA____
_____, who requests this subpoena, are:

Sean P. Tonolli, AUSA
2100 Jamieson Avenue    SPT
Alexandria, VA 22314
703-299-3700
sean.tonolli@usdoj.gov